IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

   Plaintiff,

vs.

**JAMES E. ROLLINS, Sr., et al,**

   Defendants.                              Criminal Case No. 05-30133-04-DRH

### ORDER

**HERNDON, District Judge:**

   Pending before the Court is defendant James E. Rollins, Sr.'s Motion to Amend Terms of Bond. (Doc. 105.) Said motion is hereby **GRANTED**. Defendant is allowed to travel to the residence of his fiancee's parents in Lake Providence, Louisiana, for the Thanksgiving holiday, leaving Wednesday night, November 23, 2005, and returning on Sunday, November 27, 2005 (the "travel period"). At all times, Defendant is to provide his supervising probation officer and attorney with a phone number and address where he can be located at any time of the day or night during the travel period. Failure to comply with this Order may lead to the revocation of Defendant's bond.

   **IT IS SO ORDERED.**

   Signed this 21st day of November, 2005.

                                        /s/         David RHerndon
                                        **United States District Judge**