IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD PITTMAN, et al.,

    Defendants.                                         Case No. 05-CR-30133-DRH

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on defendant John Frost's Motion to Continue Trial Setting. (Doc. 178.) The reason for the continuance request is that defendant Frost's counsel will be unavailable and/or out of country from June 20, 2006 through July 9, 2006 and again from July 24, 2006 through July 31, 2006. (*Id.*)

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 12.) The Court **CONTINUES** the jury trial scheduled for Monday, June 26, 2006, at 9:00 a.m. and reschedules it for **Monday, September 11, 2006 at 9:00 a.m.** The time from the date the motion to continue (Doc. 78) was filed, March 9, 2006, until the date to which the trial is rescheduled,

1

September 11, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 10th day of March, 2006.

<u>/s/            David   RHerndon</u>
**United States District Judge**