IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**JAMES E. ROLLINS, SR., et al,**

    **Defendants.**                      Case No. 05-CR-30133-04-DRH

### ORDER

**HERNDON, District Judge:**

    This cause comes before the Court on the Motion to Amend Terms of Bond (Doc. 211) filed by the defendant, JAMES E. ROLLINS, SR. Because there is no objection made by either the Government or Defendant's probation officer, the Court **GRANTS** Defendant's Motion (Doc. 211).

    The terms of defendant Rollins, Sr.'s bond are hereby amended to allow defendant, JAMES E. ROLLINS, SR., to depart St. Louis on July 29, 2006, to travel to Virginia City, Virginia, by air, to attend a family event. Defendant shall advise his probation officer of the location (address and phone number) where he will be staying in Virginia. Defendant shall return to St. Louis no later than August 5, 2006, and shall report to his probation officer upon return.

    **IT IS SO ORDERED.**

    Signed this 26th day of July, 2006.

                                                      /s/        David   RHerndon
                                                      **United States District Judge**