IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD PITTMAN, et al.,

    Defendants.                      Case No. 05-CR-30133-DRH

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on defendant Richard Pittman's Motion to Continue Trial Setting (Doc. 217). Defendant requests a continuance from the current trial date of September 11, 2006, so that he may continue negotiations with the U.S. Attorney "to hopefully resolve the case" (*Id.*). Defendant states that the Government does not oppose this request (*Id.*).

        Therefore, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue (Doc. 217). The Court **CONTINUES** the jury trial as to all Defendants, scheduled for Monday, September 11, 2006 at 9:00 a.m. and reschedules it for **Monday, January 22, 2007 at 9:00 a.m.** The time from the date the motion to continue (Doc. 217) was filed, August 4, 2006, until the date

1

to which the trial is rescheduled, January 22, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**

2