IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

JAMES E. ROLLINS, Sr., et al.,

    **Defendants.**                            Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

    Counsel for defendant James E. Rollins, Sr., has filed a Motion to Declare Case Complex and to Provide Interim Payments (Doc. 188), pursuant to **18 U.S.C. § 3006A**. The Court cannot, at this time, grant Defendant's Motion. Instead, the Court **ORDERS** Defendant's counsel to file an interim voucher,[1] itemizing his expenses, to provide further support for his Motion. Without a voucher, given the fact that no other defense counsel on this case has requested similar treatment, the Court is not in a position to draw a conclusion as to whether counsel should receive interim payments. Counsel shall file this voucher as soon as practicable.

    **IT IS SO ORDERED.**

    Signed this 30th day of August, 2006.

                                              /s/       David RHerndon
                                              **United States District Judge**

---

[1] CJA Form 20