IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**RICHARD PITTMAN, et al.,**

    **Defendants.**                      Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court are three separate Motions for Disclosure of Rule 404(b) Evidence, filed by defendant James E. Rollins, Sr. (Doc. 283), defendant Talia Pittman (Doc. 285), and defendant James Rollins, Jr. (Doc. 286). All three Motions request the Court enter an order requiring the Government to provide advance notice to each Defendant of whether it intends to introduce Rule 404(b) evidence (other crimes, wrongs or acts) during trial regarding each particular Defendant. Advance notice is sought for purposes of determining whether these Defendants may file motions in limine or otherwise shape their defenses for trial.

The Court hereby **GRANTS** each Defendant's Motion (Docs. 283, 285 & 286). As such, the Government is hereby **ORDERED** to:

    (1)    Disclose and provide to defendant James E. Rollins, Sr.'s attorney any and all evidence the Government intends to offer under **Federal Rule of Evidence 404(b)** regarding James E.

Rollins, Sr., by **Wednesday, January 10, 2007** (and maintain future compliance with the Rule);

(2) Disclose and provide to defendant Talia Pittman's attorney any and all evidence the Government intends to offer under **Federal Rule of Evidence 404(b)** regarding Talia Pittman by **Wednesday, January 10, 2007** (and maintain future compliance with the Rule); and

(3) Disclose and provide to defendant James E. Rollins, Jr.'s attorney any and all evidence the Government intends to offer under **Federal Rule of Evidence 404(b)** regarding James E. Rollins, Jr., by **Wednesday, January 10, 2007** (and maintain future compliance with the Rule).[1]

**IT IS SO ORDERED.**

Signed this 5th day of January, 2007.

/s/        David RHerndon
**United States District Judge**

---

[1] The Court notes that the Government has not yet responded, but given the pendency of the upcoming trial, believes it necessary to issue this Order as soon as practicable.