IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES E ROLLINS, SR.,
et al.,

    Defendants.                                  Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

        Before the Court is defendant James E. Rollins, Sr.'s Motion in Limine (Doc. 322), requesting the Court enter an Order prohibiting the Government from introducing into evidence any Rule 404(b) evidence with regard to defendant James E. Rollins, Sr.  The Government has filed a Response (Doc. 325), stating that it "has no information regarding [James E. Rollins, Sr.] which it intends to use as material admissible under Rule 404(b) of the Federal Rules of Evidence."  Accordingly, the Court hereby **FINDS AS MOOT** Defendant's Motion in Limine (Doc. 322).

        **IT IS SO ORDERED.**

        Signed this 18th day of January, 2007.

                                                /s/       David   RHerndon
                                                **United States District Judge**