IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JAMES E. ROLLINS, SR., et al.,**

    **Defendants.**                                             **Case No. 05-cr-30133-DRH**

## ORDER

**HERNDON, District Judge:**

    The Government submitted a proffer, *ex parte* and filed under seal (Doc. 362), for the Court to examine in order to determine whether any portion should be disclosed to the Defendants in the instant matter, pursuant to *Brady, Giglio* or their progeny.

    Upon review, the Court hereby **FINDS** that the contents of the submitted proffer are not required to be disclosed pursuant to any obligation under either *Brady* or *Giglio*, to any of the Defendants in this case.  Further, disclosure of such information would likely serve to compromise an ongoing investigation.

    **IT IS SO ORDERED.**

    Signed this 29th day of January, 2007.

    /s/        David RHerndon
    **United States District Court**