## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES E. ROLLINS, Sr., et al,

     Defendants.                         Case No. 05-cr-30133-DRH-4

## ORDER

**HERNDON, District Judge:**

Defendant James E. Rollins, Sr. has filed a Motion to Continue Sentencing (Doc. 475).  Defendant's Sentencing Hearing is currently scheduled for June 15, 2007.  However, Defendant's attorney has a personal conflict with this date and therefore requests the hearing be rescheduled.  The Government does not object.  Therefore, the Court **GRANTS** Defendant's Motion (Doc. 475) and reschedules the Sentencing Hearing for **Thursday, July 5, 2007 at 1:30 p.m.**

**IT IS SO ORDERED.**

Signed this 3rd day of May, 2007.

/s/       David   RHerndon
**United States District Judge**