IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES E. ROLLINS, SR.,

    Defendant.                                 Case No. 05-cr-30133-4-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is defendant James E. Rollins, Sr.'s Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 752), in which he seeks reconsideration of the Court's September 2, 2010 Order (Doc. 748), denying his previous Motion to Alter Judgment (Doc. 747). The Court notes that the docket reflects that on September 14, 2010, Defendant filed a Notice of Appeal (Doc. 749) with the Seventh Circuit, appealing the Court's September 2, 2010 Order (Doc. 748) for which he now also seeks reconsideration with his instant Motion (Doc. 752).

        Because his appeal is pending before the Seventh Circuit, the Court must **DENY** Defendant's Motion (Doc. 752) for lack of jurisdiction, as this Motion does not concern an ancillary matter, unrelated to the integral merits of the case.

*See Boyko v. Anderson*, 185 F.3d 672, 674 (7th Cir. 1999) ("The filing of the appeal had deprived the district court of jurisdiction over the case.") (citing *Kusay v. United States*, 62 F.3d 192, 194 (7th Cir.1995), and *Venen v. Sweet*, 758 F.2d 117, 120 n. 2 (3d Cir.1985)). .

**IT IS SO ORDERED**.

Signed this 29th day of September, 2010.

/s/    David R Herndon

**Chief Judge**
**United States District Court**