IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JAMES E. ROLLINS, SR.,

 Defendant.        Case No. 05-cr-30133-4-DRH

## ORDER

**HERNDON, Chief Judge:**

  On September 29, 2010, the Court entered an Order (Doc. 753) denying for lack of jurisdiction defendant James E. Rollins, Sr.'s Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 752), in which he sought reconsideration of the Court's September 2, 2010 Order (Doc. 748), denying his previous Motion to Alter Judgment (Doc. 747). The Court found it was without jurisdiction due to Defendant's pending appeal (Doc. 749) with the Seventh Circuit, also regarding the Court's September 2, 2010 Order (Doc. 748).

  Defendant has filed yet another Motion (Doc. 754) with this Court, this time seeking leave to amend his motion for reconsideration (Doc. 752). Because his appeal is still pending before the Seventh Circuit, the Court must once again **DENY**

Defendant's Motion (Doc. 754) for lack of jurisdiction, as this Motion also does not concern an ancillary matter, unrelated to the integral merits of the case. **See *Boyko v. Anderson*, 185 F.3d 672, 674 (7th Cir. 1999) ("The filing of the appeal had deprived the district court of jurisdiction over the case.") (citing *Kesusay v. United States*, 62 F.3d 192, 194 (7th Cir.1995), and *Venen v. Sweet*, 758 F.2d 117, 120 n. 2 (3d Cir.1985))**.

**IT IS SO ORDERED**.

Signed this 8th day of October, 2010.

/s/    David R Herndon

**Chief Judge
United States District Court**